**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC § | |
| § | |
| Plaintiff, § | Case No: 2:15-cv-01865-JRG-RSP |
| § | |
| vs. § | LEAD CASE |
| § | |
| THE HAIN CELESTIAL GROUP, INC, § | |
| § | |
| Defendant. § | |
| § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT THE HAIN CELESTIAL GROUP, INC. WITHOUT PREJUDICE

Plaintiff Symbology Innovations, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties are near completion of negotiating a settlement agreement that will resolve all matters between the parties.  Plaintiff intends to file a motion to dismiss the lawsuit with prejudice upon execution of a final settlement agreement.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims against Defendant The Hain Celestial Group, Inc. without prejudice.

Dated: June 10, 2016          Respectfully submitted,

         */s/ Jay Johnson*
         **JAY JOHNSON**
         State Bar No. 24067322
         **BRAD KIZZIA**
         State Bar No. 11547550
         **ANTHONY RICCIARDELLI**
         State Bar No. 24070493
         **KIZZIA JOHNSON PLLC**
         1910 Pacific Ave., Suite 13000
         Dallas, TX 75201
         (214) 451-0164
         Fax: (214) 451-0165
         jay@kjpllc.com
         bkizzia@kjpllc.com
         anthony@kjpllc.com

         **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on June 10, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

         */s/ Jay Johnson*
         Jay Johnson

**CERTIFICATE OF SERVICE**

     This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on June 10, 2016.

         */s/ Jay Johnson*
         Jay Johnson