**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-1865-JRG-RSP |
| | § | |
| vs. | § | |
| | § | |
| THE HAIN CELESTIAL GROUP, INC. | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

**UNOPPOSED MOTION TO AMEND ORDER DISMISSING CASE**
**TO A DISMISSAL WITH PREJUDICE**

The Court issued its Order Dismissing Case without prejudice ("Order") on June 14, 2016. The parties have fully resolved this matter. Therefore, Plaintiff Symbology Innovations, LLC ("Symbology") hereby moves to amend the Order dismissing its claims to a dismissal with prejudice.

Dated: August 9, 2016          Respectfully submitted,

         */s/ Jay Johnson*
         **JAY JOHNSON**
         State Bar No. 24067322
         **BRAD KIZZIA**
         State Bar No. 11547550
         **ANTHONY RICCIARDELLI**
         State Bar No. 24070493
         **KIZZIA JOHNSON PLLC**
         1910 Pacific Ave., Suite 13000
         Dallas, Texas 75201
         (214) 451-0164
         Fax: (214) 451-0165
         jay@kjpllc.com
         bkizzia@kjpllc.com
         anthony@kjpllc.com

         **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff hereby certifies that on August 9, 2016, he met and conferred with counsel for Defendant regarding this motion and that Defendant's counsel agreed to the motion.

         /s/ Jay Johnson
         Jay Johnson

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on August 9, 2016.

         */s/ Jay Johnson*
         Jay Johnson