**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYMBOLY INNOVATIONS LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> THE HAIN CELESTIAL GROUP, INC. § <br> § <br> Defendant. § <br> _____ § | Case No: 2:15-cv-1865-JRG-RSP <br><br> LEAD CASE |

## ORDER OF DISMISSAL

On this date, the Court considered Plaintiff Symbology Innovations, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims by Plaintiff are dismissed with prejudice, and all counterclaims by The Hain Celestial Group are dismissed, without prejudice, as moot. Each party shall bear its own fees and costs.

**SIGNED this 10th day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE